THOMAS A. COUNTS (SB# 148051)
tomcounts@paulhastings.com
DANIELLE D. DECKER (SB# 274791)
danielledecker@paulhastings.com
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone: 1(415) 856-7000
Facsimile: 1(415) 856-7100

Attorneys for Defendants
CHARLES PALMER; MILL CREEK
HOSPITALITY, LLC; CHARLES PALMER
ENTERPRISES, INC.; EATWELL ENTERPRISES
LP; CHARLIE PALMER GROUP; PALMCO
MANAGEMENT, INC.; 61 RESTAURANT CORP.;
34 EQUITIES, LTD.; AUREOLE INVESTMENT, LP;
LODGEWORKS PARTNERS L.P.; LW PARTNERS
CORPORATION (erroneously named as
LODGEWORKS PARTNERS CORPORATION);
DRY CREEK KITCHEN LLC; and RLJ LODGING
TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY-CORE HOSPITALITY, LLC, | CASE NO. 3:17-cv-05544 |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO SECOND AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-1** |
| vs. | ORDER |
| CHARLES PALMER; MILL CREEK HOSPITALITY, LLC; CHARLES PALMER ENTERPRISES, INC.; EATWELL ENTERPRISES LP; CHARLIE PALMER GROUP; PALMCO MANAGEMENT, INC.; 61 RESTAURANT CORP.; 34 EQUITIES, LTD.; AUREOLE INVESTMENT, LP; LODGEWORKS PARTNERS L.P.; LODGEWORKS PARTNERS CORPORATION; DRY CREEK KITCHEN LLC; and RLJ LODGING TRUST, | Judge: Charles Breyer<br>Date Action Filed: September 25, 2017 |
| Defendants. | |
| and | |
| PALMER CITY-CORE HOTELS, LLC, | |
| Nominal Defendant. | |

STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO COMPLAINT

| | |
|---|---|
| 1 | Pursuant to the United States District Court, Northern District of California Local Rules, Rule 6-1(a), Plaintiff City Core Hospitality ("Plaintiff"), and Defendants Charles Palmer; Mill Creek Hospitality, LLC; Charles Palmer Enterprises, Inc.; Eatwell Enterprises LP; Charlie Palmer Group; Palmco Management, Inc.; 61 Restaurant Corp.; 34 Equities, Ltd.; Aureole Investment, LP; Lodgeworks Partners L.P.; LW Partners Corporation (erroneously named as Lodgeworks Partners Corporation); Dry Creek Kitchen LLC; and RLJ Lodging Trust (collectively, "Defendants"), by and through their respective counsel, stipulate and agree as follows: |

1. WHEREAS, Plaintiff filed its initial Complaint on September 25, 2017, and served the Complaint on Defendants on September 29, 2017 or thereafter;

2. WHEREAS, Plaintiff filed its First Amended Complaint on October 19, 2017;

3. WHEREAS, the Court dismissed Plaintiff's First Amended Complaint with leave to amend on January 12, 2018;

4. WHEREAS, Plaintiff filed its Second Amended Complaint on February 2, 2018;

5. WHEREAS, Plaintiff and Defendants entered into a stipulation on February 14, 2018, extending Defendants' time to answer or respond to Plaintiff's First Amended Complaint to March 2, 2018;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants shall answer or respond to the Second Amended Complaint by March 2, 2018.

| | |
|---|---|
| DATED: February 14, 2018 | THOMAS A. COUNTS<br>DANIELLE D. DECKER<br>PAUL HASTINGS LLP<br><br>By: _____s/Thomas A. Counts_____<br>　　　　　THOMAS A. COUNTS<br><br>Attorneys for Defendants<br>CHARLES PALMER; MILL CREEK HOSPITALITY, LLC; CHARLES PALMER ENTERPRISES, INC.; EATWELL ENTERPRISES LP; CHARLIE PALMER GROUP; PALMCO MANAGEMENT, INC.; 61 RESTAURANT CORP.; 34 EQUITIES, LTD.; AUREOLE INVESTMENT, LP; LODGEWORKS PARTNERS L.P.; LW PARTNERS CORPORATION (erroneously named as LODGEWORKS PARTNERS CORPORATION); DRY CREEK KITCHEN LLC; and RLJ LODGING TRUST |

Date: February 22, 2018

*IT IS SO ORDERED*
/s/ Judge Charles R. Breyer
United States District Court, Northern District of California

2
STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO COMPLAINT

**LOCAL RULE 5-1(i)(3) STATEMENT**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this Stipulation as required under the local rule.

By:      s/Thomas A. Counts
         THOMAS A. COUNTS
         On behalf of Defendants