Eric G. Wallis (CSBN 67926)
David H.S. Commins (CSBN 124205)
Kit L. Knudsen (CSBN 154714)
COMMINS & KNUDSEN, P.C.
492 9th Street, Suite 200
Oakland, CA 94607
Tel (510) 823-2208
eric@commins.com
david@commins.com
kit@commins.com

Attorneys for Plaintiff
City-Core Hospitality, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY-CORE HOSPITALITY, LLC, | No. 17-cv-05544-CRB |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| vs. | |
| CHARLES PALMER; MILL CREEK HOSPITALITY, LLC; CHARLIE PALMER ENTERPRISES, INC.; EATWELL ENTERPRISES LP; CHARLIE PALMER GROUP; PALMCO MANAGEMENT, INC.; 61 RESTAURANT CORP.; 34 EQUITIES, LTD.; AUREOLE INVESTMENT, LP; LODGEWORKS PARTNERS L.P.; LODGEWORKS PARTNERS CORPORATION; DRY CREEK KITCHEN LLC; and RLJ LODGING TRUST, | |
| Defendants. | |
| and | |
| PALMER CITY-CORE HOTELS, LLC, | |
| Nominal Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff City-Core

Hospitality, LLC and Defendants Charles Palmer; Mill Creek Hospitality, Llc; Charlie Palmer Enterprises, Inc.; Eatwell Enterprises LP; Charlie Palmer Group; Palmco Management, Inc.; 61 Restaurant Corp.; 34 Equities, Ltd.; Aureole Investment, LP; Lodgeworks Partners L.P.; Lodgeworks Partners Corporation; Dry Creek Kitchen LLC; RLJ Lodging Trust; and Nominal Defendant Palmer City-Core Hotels, LLC (Defendants) hereby stipulate as follows:

1. City-Core Hospitality, LLC's claims against Defendants are dismissed with prejudice.

2. Each party shall bear his, hers or its own attorneys' fees and costs.

Respectfully submitted,

DATED: March 1, 2018.

COMMINS & KNUDSEN
Professional Corporation

By: /s/ Kit Knudsen
Kit Knudsen
Attorneys for Plaintiff
City-Core Hospitality, LLC

DATED: March 1, 2018.

PAUL HASTINGS LLP

By: /s/ Thomas A. Counts
Thomas A. Counts
Attorneys for Defendants
Charles Palmer; Mill Creek Hospitality, LLC; Charles Palmer Enterprises, Inc.; Eatwell Enterprises LP; Charlie Palmer Group; Palmco Management, Inc.; 61 Restaurant Corp.; 34 Equities, Ltd.; Aureole Investment, LP; Lodgeworks Partners L.P.; LW Partners Corporation (erroneously named as Lodgeworks Partners Corporation); Dry Creek Kitchen LLC; and RLJ Lodging Trust

Date: March 5, 2018

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL